| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-349 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE TO NOVEMBER 14, |
| v. | ) | 2013, AT 9:00 A.M. |
| | ) | |
| BRODERICK ARARAO, | ) | Date: November 7, 2013 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for November 7, 2013, at 9:00 a.m., to November 14, 2013, at 9:00 a.m.

The parties require further time to ascertain the status of a parallel prosecution pending in Solano County, CA. Counsel for Mr. Ararao requires time to consult with him regarding the status of that prosecution, and the parties' inquiries about it. Consequently, the parties agree they require a continuance to effectuate these goals.

Counsel and the defendants agree that the Court should exclude the time from October 10, 2013, through November 14, 2013, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

///

///

///

Stipulation to Continue            -1-            13-349 MCE

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: November 6, 2013  HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

DATED: November 6, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for_____
JUSTIN L. LEE
Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for November 14, 2013, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including November 14, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: November 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT